THOMAS F. FRIEDBERG, ESQ. (#110439)
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET, SUITE 1400
P.O. BOX 6814
SAN DIEGO, CA 92166-0814
TEL : (619) 557-0101
FAX: (619) 557-0560

Attorneys for Plaintiff

FILED

08 MAR 10 AM 11: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

BEN GILES,

    Plaintiff,

v.

JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, inclusive,

    Defendants.

CASE NO. '08 CV 0439 L RBB

COMPLAINT FOR DAMAGES UNDER GENERAL MARITIME LAW AND DEMAND FOR JURY TRIAL

Plaintiffs, BEN GILES, allege as follows:

### JURISDICTION AND VENUE

1.    This suit herein arises and is within the original jurisdiction of the United States District Court and within the Admiralty and Maritime jurisdiction of the above-entitled court pursuant to 46 U.S.C. § 740, et seq., and 28 U.S.C. § 1333(1).

2.    Plaintiff is, and at all times herein mention was, a resident of the State of California and residing within the Southern District of the State of California.

3.    Plaintiffs are informed and believe, and based thereupon allege, that at all times herein mentioned, defendants, JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, and each of them, are, and were, individuals, corporations, or other forms of business entities, that were either residing and/or transacting business

within the Southern District of the State of California.

## GENERAL ALLEGATIONS

4. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants designated herein as DOES I through L, and each of them, are unknown to plaintiff, who therefore sues such defendants, and each of them, by their fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when they have been ascertained. Plaintiff is informed and believes, and based thereupon alleges, that each of such fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's injuries and damages, as herein alleged, were proximately caused by these defendants.

5. Plaintiff is informed and believes, and based thereupon alleges, that at all times herein mentioned, each of the defendants was the agent and/or employee of each of the remaining defendants, and was at all times herein, acting within the purpose and scope of such agency and/or employment, and with the consent, authorization, permission and/or ratification of their co-defendants, and each of them.

## NEGLIGENCE ALLEGATIONS UNDER GENERAL MARITIME LAW

6. Plaintiff is informed and believes, and based thereupon alleges, that at all times herein mentioned, defendants, JUSTIN PAUL THOMPSON, was the operator and permissive user of a 1995 Yamaha Wave Rider, bearing California registration number CF9386NY, Hull Identification Number YAML6328B595 (hereinafter referred to as "defendants' personal water craft") that was owned, leased, rented, maintained, repaired and otherwise controlled by defendants, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, and each of them. Plaintiff is further informed and believes, and based thereupon alleges that defendants personal water craft was used with the express and/or implied permission of the remaining defendants, and each of them.

7. At all times herein mentioned, defendants personal water craft was used and operated upon the navigable waterways of San Diego Mission Bay, which is a navigable waterway and therefore their conduct falls within the confines of General Maritime Law.

8. On or about April 3, 2005, at or near 5:15 p.m., plaintiff, BEN GILES, was operating

1 | a 1998 Kawasaki personal water craft, bearing California registration number CF6639JU, Hull
2 | Identification Number KAW26369F888, upon the navigable waterways of San Diego Mission Bay,
3 | which is within the venue of the Southern District of California.

4 |     9.    At that time and place, defendants, and each of them, so negligently and carelessly,
5 | owned, operated, rented, leased, maintained, repaired and otherwise controlled their personal water
6 | craft so as to cause a collision with plaintiff, causing plaintiff severe and debilitating injuries and
7 | damages.

8 |     10.    Plaintiff is informed and believes that defendants, and each of them, were negligent
9 | and careless under general maritime law in that defendants, and each of them, while owing and
10 | operating their personal water craft, *inter alia*, failed to keep a proper look out (Rule 5 of the
11 | International Inland Navigation Rules, U.S.C. §§ 2001-2038); failed to operate at a safe speed (Rule
12 | 6 of the International Inland Navigation Rules, U.S.C. §§ 2001-2038); failed to use all available
13 | means appropriate to determine is a risk of collision existed (Rule 7 of the International Inland
14 | Navigation Rules, U.S.C. §§ 2001-2038); failed to take action to avoid a collision (Rule 8 of the
15 | International Inland Navigation Rules, U.S.C. §§ 2001-2038); failed to keep out of the way of
16 | another vessel (Rules 12 and 13 of the International Inland Navigation Rules, U.S.C. §§ 2001-2038);
17 | failed to take early and substantial action to give way (Rule 16 of the International Inland Navigation
18 | Rules, U.S.C. §§ 2001-2038). Plaintiff is further informed and believes, and based thereupon
19 | alleges, that the hereinabove alleged negligent conduct is governed by general maritime law, which
20 | provides for a three year statute of limitations under 46 U.S.C. § 30106.

21 |     11.    As a direct and proximate result of the negligence and carelessness of defendants,
22 | JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC.,
23 | and DOES I through L, and each of them, defendants personal water craft collided with plaintiff,
24 | causing plaintiff to sustain severe and debilitating injuries and damages, as herein alleged.

25 |     12.    As a direct and proximate result of the negligence and carelessness of defendants,
26 | JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS,, KDME, INC.,
27 | and DOES I through L, and each of them, as hereinabove alleged, plaintiff, BEN GILES, was hurt
28 | and injured in his health, strength and activity, in all parts of his body, and sustained shock and injury

to his nervous system and person, all of which injuries have caused and continue to cause plaintiff great mental, physical and nervous anxiety, and pain and suffering. Plaintiff, BEN GILES, is informed and believes, and based thereupon alleges, that such injuries will result in some permanent disability to plaintiff, all to his general damage, in an amount to be proven at time of trial. Plaintiff is informed and believes, and based thereupon alleges, that the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00) and within the jurisdiction of this Court.

13. As a further direct and proximate result of the negligence and carelessness of defendants, JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, and each of them, as hereinabove alleged, plaintiff, BEN GILES, was required to, and did, employ physicians, surgeons and therapists to treat and care for him and did sustain an expense for such medical treatment and care, hospitalization, medicines, and for other and further medical and incidental care, for which plaintiff has incurred liability in an amount as yet unascertained. Plaintiff, BEN GILES, prays leave of Court to amend and/or supplement this Complaint to insert the actual and reasonable value of all medical and incidental expenses when same have been ascertained, or to prove same at time of trial.

14. Plaintiff, BEN GILES, is informed and believes, and based thereupon alleges, that as a further direct and proximate result of the negligence and carelessness of defendants, JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, and each of them, as hereinabove alleged, he will necessarily require additional medical care, hospitalization, medicines, and other and further medical attention in the future and will incur liability therefrom. Plaintiff, BEN GILES, prays leave of Court to amend and/or supplement this Complaint to insert the actual and reasonable value of all such additional medical and incidental expenses when same have been ascertained, or to prove same at time of trial.

15. As a further direct and proximate result of the negligence and carelessness of defendants, JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, and each of them, as hereinabove alleged, plaintiff, BEN GILES, became incapacitated and prevented from following his usual occupation for an undetermined period of time; and as a result thereof, plaintiff suffered a loss of earnings and earning

capacity and ability and other financial losses in an undetermined amount. Plaintiff, BEN GILES, prays leave of Court to amend and/or supplement this Complaint to include the exact amount of said loss of earnings and earning capacity and ability when ascertained, or to prove same at time of trial.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1. For general damages in an amount in excess of $75,000.00, all in an amount to be proven at time of trial;

2. For medical and related expenses, past, present and future, all in an amount to be proven at time of trial;

3. For loss of earnings and earning capacity and ability, past, present, future, and other financial losses, all in an amount to be proven at time of trial;

4. For costs of suit incurred herein; and

5. For such other and further relief as this Court may deem just and proper.

DATED: March 10, 2008                LAW OFFICES OF FRIEDBERG & BUNGE

By: _____
THOMAS F. FRIEDBERG, ESQ.
Attorney for Plaintiff, BEN GILES

### DEMAND FOR JURY

Plaintiff hereby demands a jury trial pursuant to Rule 38, of the Federal Rules of Civil Procedure.

DATED: March 10, 2008                LAW OFFICES OF FRIEDBERG & BUNGE

By: _____
THOMAS F. FRIEDBERG, ESQ.
Attorney for Plaintiff, BEN GILES

```
         UNITED STATES
         DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 148576      - SH

        March 10, 2008
           11:52:40


        Civ Fil Non-Pris
USAO #.: 08CV0439
Judge..: M. JAMES LORENZ
Amount.:                  $350.00 CK
Check#.: BC23141



   Total->   $350.00


FROM: GILES V. THOMPSON ET AL
```

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
BEN GILES

**DEFENDANTS** JUSTIN PAUL THOMPSON, WATER TOYS, INC. ISLAND BOAT RENTALS, KDME, INC., and DOES I through L inclusive

08 MAR 10 AM 11:50
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
THOMAS F. FRIEDBERG, ESQ., 610 WEST ASH ST., STE 1400, SAN DIEGO CA 92101 (619)557-0101

**ATTORNEYS (IF KNOWN)**
'08 CV 0439 L RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

46 USC section 740; 28 USC section 1333(1)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☒ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | | | LABOR | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $** Excess of $75,000
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE ___  Docket Number ___

DATE March 8, 2008   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

CR 148576  Sm $350  3/11/08