Summons in a Civil Action (Rev 11/87)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 MAR 10 PM 12: 19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

BEN GILES,
Plaintiff,

vs

JUSTIN PAUL THOMPSON,
WATER TOYS, INC., ISLAND BOAT
RENTALS, KDME, INC., and DOES I
through L, inclusive,

Defendants.

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0439 L RBB

TO: (Name and Address of Defendant)

WATER TOYS
1641 Quivera Road
San Diego, CA 92109

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THOMAS F. FRIEDBERG, ESQ. (#110439) (619)557-0101 "tom@lawofficefb.com"
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET, SUITE 1400, PO BOX 6814, SAN DIEGO, CA 92166-0814

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     3/10/08
CLERK                                      DATE

By C. PUTTMANN Deputy Clerk

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Thomas F. Friedberg, SBN 110439
LAW OFFICES OF FRIEDBERG & BUNGE
610 West Ash Street
Suite 1400
San Diego, CA 92101
(619) 557-0101

Attorney(s) for          Ben Giles

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   Ben Giles                                            Case No:   08 CV 0439 L RBB

Defendant: Justin Paul Thompson, et al.                           PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION; COMPLAINT

2. a. Party served:       Water Toys, Inc.
   b. Person served:      Andrew Kurtz, Manager
   c. Place of Service:   1641 Quivera Road
                          San Diego, CA 92109
                          {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:    March 13, 2008
      (2) at:    9:55 a.m.

4. Person serving:                              a. Fee for Service: $ 20.00
   RUEBEN RODRIGUEZ                             e. Exempt from registration under
   CALEXPRESS                                      Bus. & Prof. Code 22350(b)
   1302 Kettner Boulevard
   San Diego, CA 92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   March 13, 2008                          Signature: /s/

PROOF OF SERVICE

Thomas F. Friedberg, SBN 110439
LAW OFFICES OF FRIEDBERG & BUNGE
610 West Ash Street
Suite 1400
San Diego, CA 92101
(619) 557-0101

Attorney(s) for       Ben Giles

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   Ben Giles

Case No:   08 CV 0439 L RBB

Defendant: Justin Paul Thompson, et al.

**PROOF OF SERVICE BY MAIL**

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 1302 Kettner Boulevard, San Diego, CA 92101, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 13, 2008       at my place of business at San Diego, California, copy of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT

were placed for deposit in the United States Postal service in a sealed envelope with postage prepaid, addressed to:

WATER TOYS, INC.
1641 QUIVERA ROAD
SAN DIEGO, CA 92109

and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that date following ordinary business practice.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 13, 2008       at San Diego, California.

_Ariel Pantanella_
ARIEL PANTANELLA