Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 10 PM 12: 19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

BEN GILES,
Plaintiff,

vs

JUSTIN PAUL THOMPSON,
WATER TOYS, INC., ISLAND BOAT
RENTALS, KDME, INC., and DOES I
through L, inclusive,

Defendants.

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0439 L RBB

TO: (Name and Address of Defendant)

KDME, INC.
1641 Quivira Road
San Diego, CA 92109

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THOMAS F. FRIEDBERG, ESQ. (#110439) (619)557-0101 "tom@lawofficefb.com"
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET, SUITE 1400, PO BOX 6814, SAN DIEGO, CA 92166-0814

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____     _____3/10/08_____
            CLERK                            DATE

By  C. PUTMANN  Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Thomas F. Friedberg, SBN 110439
LAW OFFICES OF FRIEDBERG & BUNGE
610 West Ash Street
Suite 1400
San Diego, CA 92101
(619) 557-0101

Attorney(s) for        Ben Giles

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   Ben Giles

Case No:   08 CV 0439 L RBB

Defendant: Justin Paul Thompson, et al.

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS IN A CIVIL ACTION; COMPLAINT

2. a. Party served:        KDME, Inc.
   b. Person served:       Andrew Kurtz, Authorized Agent
   c. Place of Service:    1641 Quivera Road
                           San Diego, CA  92109
                           {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:    March 13, 2008
      (2) at:    9:50 a.m.

4. Person serving:
   RUEBEN RODRIGUEZ
   CALEXPRESS
   1302 Kettner Boulevard
   San Diego, CA  92101
   (619) 685-1122

   a. Fee for Service: $ 45.00
   e. Exempt from registration under
      Bus. & Prof. Code 22350(b)

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   March 13, 2008                Signature: _____

PROOF OF SERVICE