PROOF OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF CALIFORNIA

Giles v. Thompson, et al.
Case No. 08-CV-00439-L-RBB

  I, Krystle Aguilera, declare that: I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, in which the within-mentioned service occurred; and my business address is 519 Encinitas Boulevard, Suite 104, Encinitas, CA 92024.

I caused to be served the following documents:

1.   **DEFENDANT KDME, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT FOR PERSONAL INJURIES PURSUANT TO GENERAL MARITIME LAW**

(X)   BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

  I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 28th, 2008, at San Diego, California.

                /s/ Krystle Aguilera
                Krystle Aguilera, assistant to
                Thomas F. Feerick, Esq.
                FEERICK & ASSOCIATES
                Feericklaw@aol.com

                Attorney for Defendant KDME, Inc.