Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 10 PM 12:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

BEN GILES,
Plaintiff,

vs

JUSTIN PAUL THOMPSON,
WATER TOYS, INC., ISLAND BOAT
RENTALS, KDME, INC., and DOES I
through L, inclusive,

Defendants.

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0439 L RBB

TO: (Name and Address of Defendant)

JUSTIN PAUL THOMPSON
6956 Regner Road
San Diego, CA 92119

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THOMAS F. FRIEDBERG, ESQ. (#110439) (619)557-0101 "tom@lawofficefb.com"
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET, SUITE 1400, PO BOX 6814, SAN DIEGO, CA 92166-0814

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        _____3/10/08_____
              CLERK                                   DATE

By   C. PIEDMANN   Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

THOMAS F. FRIEDBERG (SBN 110439)
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET
SUITE 1400
SAN DIEGO, CA 92101
(619) 557-0101

Attorney(s) for   BEN GILES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   BEN GILES                                    Case No:   08CV0439LRBB

Defendant: JUSTIN PAUL THOMPSON; ET AL.                   PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; COMPLAINT

2. a. Party served:      JUSTIN PAUL THOMPSON
   b. Person served:     "JOHN DOE"- CAUCASIAN; MALE; MID 40'S; 5'10"; 170 LBS.;
                         BROWN HAIR; BLUE EYES- CO-OCCUPANT
   c. Place of Service:  6956 REGNER ROAD
                         SAN DIEGO, CA 92119
                             {Residence}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:   MARCH 29, 2008
      (2) at:   1:40 P.M.

4. Person serving:                          a. Fee for Service: $ 70.58
   CARL WALKER                              e. Exempt from registration under
   CALEXPRESS                                  Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA 92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   MARCH 31, 2008                      Signature: /s/ Carl Walker

PROOF OF SERVICE

THOMAS F. FRIEDBERG (SBN 110439)
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET
SUITE 1400
SAN DIEGO, CA 92101
(619) 557-0101

Attorney(s) for      BEN GILES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   BEN GILES                                      Case No:   08CV0439LRBB

Defendant: JUSTIN PAUL THOMPSON; ET AL.                     PROOF OF SERVICE

The following attempts were made to effect personal service of process on: JUSTIN PAUL THOMPSON

at:      Residence   #1:      6956 REGNER ROAD, SAN DIEGO, CA 92119
                     #2:
         Business    #1:
                     #2:

1. On    03/17/08 at         8:40 p.m.    at location #R1
   and was unable to effect personal service due to reason         D
2. On    03/18/08 at         9:15 a.m.    at location #R1
   and was unable to effect personal service due to reason         D
3. On    03/19/08 at         12:30 p.m.   at location #R1
   and was unable to effect personal service due to reason         D
4. On    03/22/08 at         1:25 p.m.    at location #R1
   and was unable to effect personal service due to reason         A
5. On    03/29/08 at         1:40 p.m.    at location #R1
   and was unable to effect personal service due to reason         A

---

REASON IDENTIFICATION

(A) Subject not at residence.
(B) Subject not at business.
(C) Subject not available at business address due to company policy.
(D) Unable to contact anyone at this address.
(E) Unable to contact anyone due to locked gates or security service
(F) Subject moved with no forwarding address.
(G) Subject in building but refuses to appear and accept service.
(H) Person contacted unwilling to identify themselves.
(I) Person observed on premises refuses to answer door.
(J) Person heard within premises refuses to answer door.
(K) Person contacted by intercom refuses to answer door.

(L) Other:

    DOCUMENTS SUBSERVED ON: "JOHN DOE"- CAUCASIAN; MALE; MID 40'S; 5'10"; 170 LBS.; BROWN HAIR; BLUE EYES- CO-OCCUPANT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    MARCH 31, 2008

                                        */s/ Carl Walker*
                                        CARL WALKER
                                        CALEXPRESS

THOMAS F. FRIEDBERG (SBN 110439)
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET
SUITE 1400
SAN DIEGO, CA 92101
(619) 557-0101

Attorney(s) for    BEN GILES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff: BEN GILES | Case No: 08CV0439LRBB |
| Defendant: JUSTIN PAUL THOMPSON; ET AL. | **PROOF OF SERVICE BY MAIL** |

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 917 West Grape Street, San Diego, CA 92101, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 31, 2008    at my place of business at San Diego, California, copy of the:

SUMMONS; COMPLAINT

were placed for deposit in the United States Postal service in a sealed envelope with postage prepaid, addressed to:

JUSTIN PAUL THOMPSON
6956 REGNER ROAD
SAN DIEGO, CA 92119

and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that date following ordinary business practice.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2008    at San Diego, California.

*Ariel Pantanella*
ARIEL PANTANELLA

**PROOF OF SERVICE BY MAIL**