Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 10 PM 12:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

BEN GILES,
   Plaintiff,

vs

JUSTIN PAUL THOMPSON,
WATER TOYS, INC., ISLAND BOAT
RENTALS, KDME, INC., and DOES I
through L, inclusive,

   Defendants.

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0439 L RBB

TO: (Name and Address of Defendant)

ISLAND BOAT RENTALS
1641 Quivira Road
SanDiego, CA 92109

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THOMAS F. FRIEDBERG, ESQ. (#110439) (619)557-0101 "tom@lawofficefb.com"
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET, SUITE 1400, PO BOX 6814, SAN DIEGO, CA 92166-0814

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    3/10/08
        CLERK                              DATE

By  C. PUSSMANN  Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

THOMAS F. FRIEDBERG (SBN 110439)
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET
SUITE 1400
SAN DIEGO, CA 92101
(619) 557-0101

Attorney(s) for       BEN GILES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:    BEN GILES                                              Case No:    08CV0439LRBB

Defendant: JUSTIN PAUL THOMPSON; ET AL.                              PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; COMPLAINT

2. a. Party served:       ISLAND BOAT RENTALS
   b. Person served:      "JOHN DOE"- CAUCASIAN; MALE; 30'S; 5'7"; 160 LBS; GREEN EYES; BLONDE HAIR-MANAGER
   c. Place of Service:   1641 QUIVIRA ROAD
                          SAN DIEGO, CA 92109
                              {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:    03/14/08
      (2) at:    12:20 P.M.

4. Person serving:                                    a. Fee for Service:$ 65.58
   EMIL MUKHUTDINOV                                   e. Exempt from registration under
   CALEXPRESS                                            Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   MARCH 14, 2008                                Signature: _____

PROOF OF SERVICE

```
1   THOMAS F. FRIEDBERG (SBN 110439)
    LAW OFFICES OF FRIEDBERG & BUNGE
2   610 WEST ASH STREET
    SUITE 1400
3   SAN DIEGO, CA 92101
    (619) 557-0101
4
5   Attorney(s) for    BEN GILES

            UNITED STATES DISTRICT COURT
6           SOUTHERN DISTRICT OF CALIFORNIA

7   Plaintiff:   BEN GILES                      Case No:   08CV0439LRBB

8   Defendant:   JUSTIN PAUL THOMPSON; ET AL.   PROOF OF SERVICE BY MAIL

9   I, the undersigned, certify and declare as follows:

    I am over the age of 18 years, and not a party to this action. My business address is 917 West Grape
    Street, San Diego, CA 92101, which is located in the county where the mailing described
    below took place.

    I am readily familiar with the business practice at my place of business for collection and processing
    of correspondence for mailing with the United States Postal Service. Correspondence so collected
    and processed is deposited with the United States Postal Service that same day in the ordinary
    course of business.

    On March 14, 2008     at my place of business at San Diego, California, copy of the:

            SUMMONS; COMPLAINT

    were placed for deposit in the United States Postal service in a sealed envelope with postage
    prepaid, addressed to:

            ISLAND BOAT RENTALS
            1641 QUIVIRA ROAD
            SAN DIEGO, CA 92109

    and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that
    date following ordinary business practice.

    I certify and declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

    Executed on March 14, 2008    at San Diego, California.

                                                    _____
                                                    LINDA BERAN
```

**PROOF OF SERVICE BY MAIL**