THOMAS F. FRIEDBERG, ESQ. (#110439)
**LAW OFFICES OF FRIEDBERG & BUNGE**
610 WEST ASH STREET, SUITE 1400
P.O. BOX 6814
SAN DIEGO, CA 92166-0814
TEL : (619) 557-0101
FAX: (619) 557-0560
"tom@lawofficefb.com"

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN GILES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, inclusive,<br><br>　　　　Defendants. | CASE NO. 08CV0439 L RBB<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>DATE : April 30, 2008<br>TIME : 10:00 a.m.<br>LOCATION : Chambers, Hon. Ruben B. Brooks<br><br>Action Filed : March 10, 2008 |

This is an action for damages under general maritime law arising out of a personal water craft accident that occurred on San Diego Mission Bay on April 3, 2005. The present action was filed on March 10, 2008. All parties have been served to date. Defendant, KDME, INC., filed an answer to the complaint on or about March 28, 2008. No other answers have been filed.

The Court has scheduled an Early Neutral Evaluation Conference for April 30, 2008, at 10:0 a.m. Plaintiff's counsel is scheduled to start trial in the case of *Thomas O'Shea and Zachary Vance vs. County of San Diego, et al., GIC 876296* in Department C-75 of the San Diego Superior Court on April 25, 2008. The case will last at between 4 to 6 trial days and, if it goes out, will conflict with the Early Neutral Evaluation Conference. Plaintiff's counsel is scheduled to be out of San Diego County between May 8 through May 16, 2008.

Plaintiff's counsel contacted the Court and was advised that the last date for the Early Neutral Evaluation Conference to be held without Court Order was May 12, 2008. The next available date was May 19, 2008, at either 8:30 a.m. or 1:30 p.m., but either an *ex parte* application or a Joint Motion would need to be filed. Plaintiff's counsel contacted Thomas Feerick, the attorney for KDME, Inc., who agreed to a continuance of the Early Neutral Evaluation Conference to May 19, 2008, at 1:30 p.m.

NOW THEREFORE:

IT IS HEREBY STIPULATED AND AGREED that based on the calendar conflict of plaintiff's counsel, the Early Neutral Evaluation Conference in the above matter may be continued to May 19, 2008, at 1:30 p.m.

DATED: April 17, 2008                **LAW OFFICES OF FRIEDBERG & BUNGE**

By: S/THOMAS F. FRIEDBERG
    THOMAS F. FRIEDBERG, ESQ.
    Attorney for Plaintiff, BEN GILES

DATED: April 17, 2008                **FEERICK & ASSOCIATES**

By: S/THOMAS F. FEERICK
    THOMAS F. FEERICK, ESQ.
    Attorney for Defendant, KDME, INC.