| | |
|---|---|
| THOMAS F. FRIEDBERG, ESQ.                              Bar No. 110439<br>**LAW OFFICES OF FRIEDBERG & BUNGE**<br>610 WEST ASH STREET, SUITE 1400<br>P.O. BOX 6814<br>SAN DIEGO, CA 92166-0814<br>Telephone: (619) 557-0101<br>fbtomf@aol.com | |
| **UNITED STATES DISTRICT COURT**<br>**IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| *ATTORNEYS FOR:*   Plaintiff | *CASE NO.:* 08CV0439 L (RBB) |

**BEN GILES vs. JUSTIN PAUL THOMPSON, et al.**

**PROOF OF SERVICE BY CM/EMF**

      I, the undersigned individual, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 610 West Ash Street, Suite 1400, San Diego, California. I served the following document(s):

**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

by causing these documents to be served electronically through EC/EMF the following parties and counsel:

| *PARTY SERVED/STATUS:* | *ATTORNEY OF RECORD/ADDRESS/TELEPHONE:* |
|---|---|
| Defendant, KDME, INC.. | Thomas F. Feerick, Esq.<br>**FEERICK & ASSOCIATES**<br>519 Encinitas Boulevard, Suite 104<br>Encinitas, California 92024<br>FeerickLaw@aol.com |

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

This declaration is executed this 21st day of April, 2008.

                                                                                                         s/THOMAS F. FRIEDBERG, ESQ.