THOMAS F. FRIEDBERG, ESQ. (#110439)
**LAW OFFICES OF FRIEDBERG & BUNGE**
610 WEST ASH STREET, SUITE 1400
P.O. BOX 6814
SAN DIEGO, CA 92166-0814
TEL : (619) 557-0101
FAX: (619) 557-0560
"tom@lawofficefb.com"

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN GILES, | CASE NO. 08CV0439 L RBB |
| Plaintiff, | **ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, inclusive, | **DATE** : April 30, 2008<br>**TIME** : 10:00 a.m.<br>**LOCATION** : Chambers, Hon. Ruben B. Brooks |
| Defendants. | **Action Filed** : March 10, 2008 |

The Court, having read and considered the Joint Motion of Counsel to Continue the Early Neutral Evaluation Conference due to the trial conflict of Thomas F. Friedberg, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference in the above matter is continued from April 30, 2008, at 10:00 a.m. to May 19, 2008, at 1:30 p.m.

Dated:     April 22. 2008

_____
Hon. Ruben B. Brooks
United States Magistrate Judge

---

Ben Giles     ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE - PAGE 1