## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>GILES</u> v. <u>THOMPSON</u>                                    Case No. <u>08cv0439 L(RBB)</u>
                                                    **Time Spent:  25 mins.**

<u>HON. RUBEN B. BROOKS</u>      <u>CT. DEPUTY VICKY LEE</u>                      <u>Rptr.</u>

                           <u>Attorneys</u>
        <u>Plaintiffs</u>                            <u>Defendants</u>

<u>Thomas Friedberg (present)</u>          <u>Thomas Feerick (present)</u>


PROCEEDINGS:   <u> x </u>  In Chambers     <u>    </u>   In Court     <u>    </u>   Telephonic

An early neutral evaluation conference was held.

A telephonic, attorneys-only case management conference is set for July 15, 2008, at 8:30 a.m.

Counsel for Plaintiff is to initiate the call.


DATE:  <u>May 19, 2008</u>          IT IS SO ORDERED:   *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc:  Judge Lorenz                   INITIALS:  <u>VL (mg/irc)</u>  Deputy
     All Parties of Record