UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN GILES, | Civil No. 08cv000439 L(RBB) |
| Plaintiff, | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| JUSTIN PAUL THOMPSON, WATER TOYS, INC., ISLAND BOAT RENTALS, KDME, INC., and DOES I through L, inclusive, | |
| Defendants. | |

On May 19, 2008, the Court held an early neutral evaluation conference in the above-entitled action.  Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1.  No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D).  The parties are ordered to proceed with the initial disclosure process.  Any objections to initial disclosure will be resolved as required by rule 26.

    2.  The rule 26(f) conference shall be completed on or before June 12, 2008.

    3.  A discovery plan shall be lodged with Magistrate Judge Brooks on or before June 23, 2008.

    4.  The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before June 27, 2008.

    5.  A telephonic, attorneys-only case management conference is set for July 15, 2008, at 8:30 a.m.  Counsel for Plaintiff is to initiate the call.

    Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

    Failure of any counsel or party to comply with this order may result in sanctions.

    IT IS SO ORDERED.

DATED: May 19, 2008

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Lorenz
All Parties of Record