Summons in a Civil Action (Rev 11/87)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BEN GILES,
Plaintiff,

vs

JUSTIN PAUL THOMPSON,
WATER TOYS, INC., ISLAND BOAT
RENTALS, KDME, INC., and DOES I
through L, inclusive,

Defendants.

FILED
08 MAR 10 PM 12:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0439 L RBB

TO: (Name and Address of Defendant)

JUSTIN PAUL THOMPSON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THOMAS F. FRIEDBERG, ESQ. (#110439) (619)557-0101 "tom@lawofficefb.com"
LAW OFFICES OF FRIEDBERG & BUNGE
610 WEST ASH STREET, SUITE 1400, PO BOX 6814, SAN DIEGO, CA 92166-0814

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     3/10/08
        CLERK                                DATE

By  C. PLUSMANN  Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE May 16, 2008 |
| NAME OF SERVER Courtney Oliver | TITLE |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 2803 Emerson, San Diego, CA

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 06/20/08
Date

Signature of Server

610 W. Ash Street, Suite 1400, San Diego, California 92101
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)