**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>GILES</u> v. <u>THOMPSON</u>                        Case No. <u>08cv0439 L(RBB)</u>
                                          **Time Spent:  <u>5 mins.</u>**

<u>HON. RUBEN B. BROOKS</u>    <u>CT. DEPUTY VICKY LEE</u>              <u>      </u> Rptr.

<u>Attorneys</u>
<u>Plaintiffs</u>                              <u>Defendants</u>

<u>Thomas Friedberg (present)      </u>      <u>Thomas Feerick (present)        </u>

PROCEEDINGS:   <u>   </u> In Chambers    <u>   </u> In Court    <u> x </u> Telephonic

A telephonic case management conference was held.

A settlement conference is set for November 3, 2008, at 8:30 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: <u>July 15, 2008</u>     IT IS SO ORDERED:  *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Lorenz                   INITIALS: <u>VL (mg/irc)</u> Deputy
    All Parties of Record